**Order filed February 8, 2018.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00927-CV**

_____

## DOV K. AVNI, Appellant

### V.

## HARRIS COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-01575**

## O R D E R

Appellant's brief was due January 26, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 19, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM